UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| EDWIN ARRUNATEGUI,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILARLY SITUATED, | } <br> } <br> } <br> } | |
| Plaintiff, | } | Civil Action, File No. |
| v | } | 2:19-cv-02491-RRM-ARL |
| | } | |
| RICHARD SOKOLOFF, | } | |
| | } | |
| Defendant. | } | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.


May 30, 2021


/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107